Certificate Number: 15317-NV-DE-028796661

Bankruptcy Case Number: 12-41007


15317-NV-DE-028796661

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 21, 2017, at 5:05 o'clock PM PST, Jeanine Mineya Selva completed a course on personal financial management given by telephone by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Nevada.

Date:   February 21, 2017             By:     /s/Christel Raz

                                      Name:   Christel Raz

                                      Title:  Counselor